Generated: May 23, 2025 1:25PM  Page 1/1



## U.S. District Court

### Ohio Southern - Cincinnati

Receipt Date: May 23, 2025 1:25PM

Jeff Pyfrin

| Rcpt. No: 100005560 | Trans. Date: May 23, 2025 1:25PM | | | Cashier ID: #KV (6469) | |
|---|---|---|---|---|---|
| **CD** | **Purpose Code** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender Type | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |

**Comments:** 25-cv-347

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.