# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Jeff Rankin                              ,

Plaintiff/s,

vs.                                    Case Number: 1:25CV347

City of Hamilton Ohio Alt.             ,

Defendant/s.

---

Submission of flash drive containing exhibit "I"
And "G" from Exhibit Index.